IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PEABODY COAL COMPANY, LLC, <br><br>and<br><br>EASTERN ASSOCIATED COAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JO ANNE B. BARNHART, as Commissioner of the Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. **05-671**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Peabody Coal Company, LLC and Eastern Associated Coal Corp. (now Eastern Associated Coal, LLC), which are non-governmental corporate parties, certifies that Peabody Coal Company, LLC and Eastern Associated Coal, LLC are wholly-owned subsidiaries of Peabody Energy Corporation and there is no publicly held corporation that owns 10% or more of the stock of Peabody Energy Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jason Cincilla
Thomas R. Hunt, Jr. (#466)
Jason A. Cincilla (#4232)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

OF COUNSEL:

John R. Woodrum
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C.  20037
(202) 887-0855

September 15, 2005

483151