STATE OF DELAWARE    )
                                              ) SS.
NEW CASTLE COUNTY )

   On January 13, 2006, at approximately 5:13 p.m., service of the attached Summons, along with a copy of the Complaint, and Rule 7.1 Disclosure Statement, was made via hand delivery upon the Honorable Colm F. Connolly, the United States Attorney for the District of Delaware, 1007 Orange Street, Suite 700, Wilmington, Delaware, in accordance with Federal Rules of Civil Procedure Rule 4(i)(1)(A). Service was accepted by Norma Talmo, who is authorized to accept service.

_____
Timothy P. Murphy

   SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 17th day of January, 2006.

_____
Notary Public

MARGARET L. FULLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 1, 2008

502272

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

PEABODY COAL COMPANY, LLC,

and

EASTERN ASSOCIATED COAL CORP.,

Plaintiffs,

v.

JO ANNE B. BARNHART, as Commissioner of the Social Security Administration,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-671

TO: The Honorable Colm F. Connolly
United States Attorney, District of Delaware
District of Delaware
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Thomas R. Hunt, Jr., Esq.
Jason A. Cincilla, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

an answer to the Complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Mosley_
BY DEPUTY CLERK

DATE 1/13/06