IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY, LLC, <br><br> and <br><br> EASTERN ASSOCIATED COAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> as Commissioner of the <br> Social Security Administration, <br><br> Defendant | C.A. No. 05-671 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     )  SS
COUNTY OF NEW CASTLE )

Geoffrey A. Sawyer III, being duly sworn, deposes and says:

I am, and at all times during the service of process was, more than 18 years of age and am not a party to the matter concerning which service of process was made. I hereby certify that true and correct copies of plaintiffs' Summons, Complaint, and Rule 7.1 Disclosure Statement were served on defendant Jo Anne B. Barnhart as Commissioner of the Social Security Administration Inc. on January 13, 2006 and on United States Attorney General Alberto Gonzales, pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), in the following manner:

**BY CERTIFIED MAIL; RETURN RECEIPT REQUESTED:**

Jo Anne Barnhart, Commissioner
Social Security Administration
Office of Regional Counsel, Region III
P.O. Box 41777
Philadelphia, PA 19101

The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

True and correct copies of the United States Postal Service Domestic Return Receipts are attached hereto as Exhibit 1 and Exhibit 2 respectively.

_____
Geoffrey A. Sawyer III (#4754)


SWORN TO AND SUBSCRIBED before me
this 2nd day of February, 2006.


_____
Notary Public

504218

MARGARET L. FULLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 1, 2008

- 2 -

# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X  Coleman    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Jo Anne Barnhart, Commissioner<br>Social Security Administration<br>Office of Regional Counsel, Region III<br>P.O. Box 41777<br>Philadelphia, PA 19101 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7001 1940 0006 7362 5597 | |
| PS Form 3811, July 1999       Domestic Return Receipt | 102595-00-M-0952 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __DELAWARE__

PEABODY COAL COMPANY, LLC,

and

EASTERN ASSOCIATED COAL CORP.,

Plaintiffs,

v.

JO ANNE B. BARNHART, as Commissioner of the Social Security Administration,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-671

TO: Jo Anne B. Barnhart, Commissioner
Social Security Administration
Office of Regional Counsel, Region III
P. O. Box 41777
Philadelphia, PA  19101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Thomas R. Hunt, Jr., Esq.
Jason A. Cincilla, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

an answer to the Complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

[signature: Monica Mosley]
BY DEPUTY CLERK

DATE  1/13/06

# EXHIBIT 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *[signature]* | B. Date of Delivery |
| | C. Signature<br>X         JAN 2 0 2006 | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>The Hon. Alberto Gonzalas<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7001 1940 0006 7362 5771 | | |
| PS Form 3811, July 1999    Domestic Return Receipt | | 102595-00-M-0952 |

# United States District Court

**DISTRICT OF DELAWARE**

PEABODY COAL COMPANY, LLC,

    and

EASTERN ASSOCIATED COAL CORP.,

    Plaintiffs,

v.

JO ANNE B. BARNHART, as Commissioner of the Social Security Administration,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER: 05-671**

TO:    The Honorable Alberto Gonzales
        United States Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

    Thomas R. Hunt, Jr., Esq.
    Jason A. Cincilla, Esq.
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P. O. Box 1347
    Wilmington, DE 19899

an answer to the Complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

_Monica Mooney_ (signature)
_____
BY DEPUTY CLERK

1/13/06
_____
DATE