IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO., LLC, and<br>EASTERN ASSOCIATED COAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-671-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Eric R. Womack, Esquire, to represent the defendant in this action.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

**Dated: March 8, 2006**

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006

_____
HONORABLE SUE L. ROBINSON
Chief District Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO., LLC, and<br>EASTERN ASSOCIATED COAL CORP.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-671-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

　　Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____

Eric R. Womack
(IL Bar # 6279517)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-4020

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **March 8, 2006**, I electronically filed an **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Jason A. Cincilla, Esquire**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jcincilla@mnat.com

                      COLM F. CONNOLLY
                      United States Attorney

            By:  /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Building
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov