IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner of the )<br>Social Security Administration )<br>)<br>Defendant. )<br>) | No. 05-671-SLR |

**UNOPPOSED MOTION OF THE TRUSTEES OF THE
UMWA COMBINED BENEFIT FUND TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Michael H. Holland, Elliot A. Segal, William P. Hobgood, Micheal W. Buckner, Thomas O. S. Rand, Carl E. Van Horn, and Gail R. Wilensky, Trustees of the United Mine Workers of America Combined Benefit Fund ("Trustees"), file this unopposed motion to intervene in this action as party defendants. The grounds for this unopposed motion are set forth in the accompanying Memorandum. Also accompanying this motion is a proposed Order.

The Trustees respectfully request that the Court grant this unopposed motion and direct that the accompanying Answer of the Trustees, which is attached hereto as Ex. A, be deemed filed on the date of the Court's Order.

Counsel for defendant Commissioner of Social Security Administration has advised that the Commissioner consents to this motion. Counsel for plaintiffs Peabody Coal Company et al. has advised that plaintiffs do not oppose this motion.

ASHBY & GEDDES

/s/ *Carolyn S. Hake*

---

Philip Trainer, Jr. (#2788)
Carolyn S. Hake (#3839)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

-and-

David W. Allen
General Counsel
Christopher F. Clarke
Senior Assistant General Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2238

*Attorneys for Movant-Intervenors
Michael H. Holland, et al.,
Trustees of the UMWA Combined
Benefit Fund*

Dated: March 10, 2006
167474.1

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for defendant Commissioner of Social Security Administration has advised that the Commissioner consents to this motion. I also hereby certify that counsel for plaintiffs Peabody Coal Company et al. has advised that plaintiffs do not oppose this motion. This motion of the Trustees of the United Mine Workers of America Combined Benefit Fund is therefore unopposed.

/s/ *Carolyn S. Hake*
_____
Carolyn S. Hake

167481.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2006, the attached **UNOPPOSED MOTION OF THE TRUSTEES OF THE UMWA COMBINED BENEFIT FUND TO INTERVENE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Patricia C. Hannigan, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899 | <u>VIA HAND DELIVERY</u> |
| Thomas R. Hunt, Jr., Esquire<br>Jason A. Cincilla, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899 | <u>VIA HAND DELIVERY</u> |

/s/ *Carolyn S. Hake*
_____
Carolyn S. Hake

167485.1