THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-671-SLR |
| ) | |
| JO ANNE B. BARNHART, Commissioner of the ) | |
| Social Security Administration ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Unopposed Motion of the Trustees of the UMWA Combined Benefit Fund to Intervene and the Memorandum in support thereof, it is this _____ day of _____, 2006, hereby:

ORDERED that the Unopposed Motion to Intervene is GRANTED; and it is further

ORDERED that the Trustees are permitted to intervene as defendants in this proceeding; and it is further

ORDERED that the Trustees' Answer is hereby deemed to be filed with this Court as of the date of this Order.

SO ORDERED this _____ day of _____, 2006

_____
Sue L. Robinson
Chief United States District Judge

167476.1