IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner of the )<br>Social Security Administration )<br>)<br>Defendant. )<br>) | No. 05-671-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of Christopher F. Clarke of the UMWA Health & Retirement Funds, Office of the General Counsel, 2121 K Street, N.W., Washington, D.C. 20037 in this matter.

ASHBY & GEDDES

*/s/ Carolyn S. Hake (#3839)*
Philip Trainer, Jr. (I.D. #2788)
Carolyn S. Hake (I.D. #3839)
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

*Attorneys for Intervenor-Defendant Trustees of the UMWA Combined Benefit Fund*

Dated: March 10, 2006
167489.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner of the )<br>Social Security Administration )<br>)<br>Defendant. )<br>) | No. 05-671-SLR |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Christopher F. Clarke in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Sue L. Robinson
Chief United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Christopher F. Clarke
Senior Assistant General Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2224

Dated: March 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Patricia C. Hannigan, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899 | **VIA HAND DELIVERY** |
| Eric R. Womack, Esquire<br>Trial Attorney, Federal Programs Branch<br>Civil Division, U.S. Department of Justice<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 | **VIA FEDERAL EXPRESS** |
| Thomas R. Hunt, Jr., Esquire<br>Jason A. Cincilla, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899 | **VIA HAND DELIVERY** |
| John R. Woodrum, Esquire<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Fifth Floor<br>2400 N Street, N.W.<br>Washington, D.C. 20037 | **VIA FEDERAL EXPRESS** |

/s/ Carolyn S. Hake
_____
Carolyn S. Hake

167490.1