IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO., LLC, and<br>EASTERN ASSOCIATED COAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Civil Action No. 05-671-SLR |

## MOTION TO DISMISS

Defendant hereby moves to dismiss the Complaint in the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying Brief in Support of Defendant's Motion to Dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

COLM F. CONNOLLY
United States Attorney

/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

RICHARD G. LEPLEY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/Eric R. Womack
Eric R. Womack
IL Bar I.D. No. 6279517
Trial Attorney
U. S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-4020
Eric.Womack@usdoj.gov

*Attorneys for Defendant Commissioner
Of Social Security*

Dated: March 14, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on **March 14, 2006**, I electronically filed a **MOTION TO DISMISS** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Jason A. Cincilla, Esquire**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jcincilla@mnat.com

*Attorney for Peabody Coal Company, LLP
& Eastern Associated Coal Corp.*

**Carolyn Shelly Hake, Esquire**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
chake@ashby-geddes.com

*Attorney for Intervenor Defendant Trustees
of the United Mine Workers of America
Combined Benefit Fund*

COLM F. CONNOLLY
United States Attorney

/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov