IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PEABODY COAL COMPANY, LLC, <br><br> and <br><br> EASTERN ASSOCIATED COAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JO ANNE B. BARNHART, as Commissioner of the Social Security Administration, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-671 <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of John R. Woodrum and W. Gregory Mott, of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Fifth Floor, 2400 N Street, N.W., Washington, DC 20037, to represent plaintiffs Peabody Coal Company LLC and Eastern Associated Coal Corp.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason A. Cincilla
Thomas R. Hunt, Jr. (#466)
Jason A. Cincilla (#4232)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

Dated: March 17, 2006

511357

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John R. Woodrum and W. Gregory Mott is granted.

Dated: _____          _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Bar of the State of California, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 15, 2006

John R. Woodrum
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037
(202) 887-0855

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 15, 2006

W. Gregory Mott
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037
(202) 887-0855

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** were served on March 17, 2006 as follows:

### BY ELECTRONIC FILING:

Patricia C. Hannigan, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046

Carolyn Shelly Hake, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P. O. Box 1150
Wilmington, DE  19899

　　　　　　　　　　　　　　　　　　　　Jason A. Cincilla (#4232)

511862