IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY, LLC, <br><br> and <br><br> EASTERN ASSOCIATED COAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JO ANNE B. BARNHART, Commissioner Of Social Security, <br><br> Defendant, <br><br> and <br><br> MICHAEL H. HOLLAND, *et al.*, Trustees of the UMWA Combined Benefit Fund <br><br> Intervenor-Defendants. | C.A. No. 05-671 |

## JOINT MOTION TO SET BRIEFING SCHEDULE

In support of their Joint Motion to Set Briefing Schedule, the parties state as follows:

On March 14, 2006, the Commissioner of Social Security ("Commissioner") filed a Motion to Dismiss Plaintiffs' complaint. On March 15, the Court granted the Trustees of the United Mine Workers of America Combined Benefit Fund's ("Trustees") unopposed motion to intervene as party defendants. Counsel for the Trustees has since advised Plaintiffs' counsel that the Trustees intend to file a summary judgment motion in this matter. Accordingly, in order to facilitate briefing of the statutory construction issues presented, counsel for all parties have conferred with respect to a schedule that would finalize the matter for resolution by the Court in an efficient and expeditious manner.

Counsel have agreed upon and propose to the Court the following briefing schedule:

a.  Intervenor-Defendants, the Trustees, shall file their summary judgment motion on or before Friday, March 31, 2006.

b.  Plaintiffs shall file their motion for summary judgment and opposition to the Commissioner's and the Trustees' dispositive motions on or before Friday, April 21, 2006.

c.  The Commissioner and the Trustees shall file their respective oppositions to Plaintiffs' motion for summary judgment and replies to Plaintiffs' opposition to their dispositive motions on or before Monday, May 8, 2006.

d.  Plaintiffs shall file their reply brief to the Commissioner's and the Trustees' oppositions to their motion for summary judgment on or before Monday, May 22, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason A. Cincilla
Thomas R. Hunt, Jr. (#466)
Jason A. Cincilla (#4232)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
thunt@mnat.com
jcincilla@mnat.com
   *Attorneys for Plaintiffs*

ASHBY & GEDDES

/s/ Carolyn Shelly Hake
Phillip Trainer, Jr. (#2788)
Carolyn Shelly Hake (#3839)
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

David W. Allen
General Counsel
Christopher F. Clarke
Senior Assistant General Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
(202) 521-2238

*Counsel for Intervenor-Defendants Michael H. Holland, et al., Trustees of the UMWA Combined Benefit Fund*

/s/ Patricia C. Hannigan
Patricia C. Hannigan (#2145)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov


RICHARD LEPLEY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Erick R. Womack
Eric R. Womack
IL Bar I.D. No. 6279517
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-4020
Eric.Womack@usdoj.gov

*Counsel for Defendant Commissioner of Social Security*

3

IT IS SO ORDERED this ____ day of March 2006.

                                                _____
                                                HONORABLE SUE L. ROBINSON
                                                Chief District Judge
                                                United States District Court

511918