IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY, LLC et al., <br><br> Plaintiffs, <br><br> v. <br><br> JO ANNE B. BARNHART, Commissioner of the Social Security Administration, <br><br> Defendant, <br><br> and <br><br> MICHAEL H. HOLLAND et al., Trustees of the UMWA Combined Benefit Fund, <br><br> Defendant-Intervenors. | No. 05-671-SLR |

**MOTION OF DEFENDANT-INTERVENOR TRUSTEES
FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying brief, the defendant-intervenor Trustees of the UMWA Combined Benefit Fund hereby move this Court, under Fed. R. Civ. P. 56, for entry of summary judgment in their favor.

ASHBY & GEDDES

*/s/ Carolyn S. Hake (#3839)*
_____
Philip Trainer, Jr. (# 2788)
Carolyn S. Hake (# 3839)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
ptrainer@ashby-geddes.com
chake@ashby-geddes.com

- and -

David W. Allen
Larry D. Newsome
Christopher F. Clarke
Senior Assistant General Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
(202) 521-2238

*Attorneys for Defendant-Intervenors*
*Michael H. Holland et al., Trustees of the*
*UMWA Combined Benefit Fund*

Dated: March 31, 2006
168168.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2006, the attached **MOTION OF DEFENDANT-INTERVENOR TRUSTEES' FOR SUMMARY JUDGMENT** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Patricia C. Hannigan, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19899 | <u>VIA HAND DELIVERY</u> |
| Eric R. Womack, Esquire<br>Trial Attorney, Federal Programs Branch<br>Civil Division, U.S. Department of Justice<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 | <u>VIA FEDERAL EXPRESS</u> |
| Thomas R. Hunt, Jr., Esquire<br>Jason A. Cincilla, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899 | <u>VIA HAND DELIVERY</u> |
| John R. Woodrum, Esquire<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Fifth Floor<br>2400 N Street, N.W.<br>Washington, D.C. 20037 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Carolyn S. Hake*

Carolyn S. Hake

168176.1