IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PEABODY COAL COMPANY, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | C.A. No. 05-671-SLR |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICHAEL H. HOLLAND, *et al.*, Trustees of | ) | |
| the UMWA Combined Benefit Fund, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

## MOTION OF PLAINTIFFS PEABODY COAL COMPANY, LLC
## AND EASTERN ASSOCIATED COAL CORP. FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying brief, Plaintiffs Peabody Coal

Company, LLC and Eastern Associated Coal Corp. hereby move this Court, under Fed.

R. Civ. P. 56, for entry of summary judgment in their favor.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Thomas R. Hunt, Jr. (#466)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

OF COUNSEL:

OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, PC.
John R. Woodrum
W. Gregory Mott
2400 N Street, NW, Fifth Floor
Washington, DC  20037
(202) 887-0855


April 21, 2006


516997

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the **Motion Of Plaintiffs Peabody Coal Company, LLC And Eastern Associated Coal Corp. For Summary Judgment** were served on April 21, 2006 as follows:

## BY ELECTRONIC FILING:

Patricia C. Hannigan, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046

Carolyn Shelly Hake, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Floor
P. O. Box 1150
Wilmington, DE  19899

## BY FIRST CLASS MAIL:

Richard G. Lepley
Eric R. Womack
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC   20530

David W. Allen
Larry D. Newsome
Christopher F. Clarke
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, DC   20037

Jason A. Cincilla (#4232)