IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY, LLC, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) C.A. No. 05-671-SLR |
| Defendant, | ) |
| and | ) |
| MICHAEL H. HOLLAND, *et al.*, Trustees of the UMWA Combined Benefit Fund, | ) |
| Defendant-Intervenors. | ) |

## **ORDER**

Upon consideration of the Motion of Plaintiffs Peabody Coal Company, LLC and Eastern Associated Coal Corp. For Summary Judgment and the Opening Brief in support thereof, it is hereby:

ORDERED that Plaintiffs' Motion for Summary Judgment is granted, and it is further

ORDERED that Defendants' Motion to Dismiss and Motion for Summary Judgment are denied.

SO ORDERED this ____ day of _____, 2006

_____
Hon. Sue L. Robinson
Chief United States District Judge