IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL COMPANY, LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>MICHAEL H. HOLLAND, *et al.*, Trustees of )<br>the UMWA Combined Benefit Fund, )<br>)<br>Defendant-Intervenors. )<br>_____) | C.A. No. 05-671-SLR |

**AFFIDAVIT OF JOYCE WOLFGANG**

I, Joyce Wolfgang, do hereby state under oath as follows:

1. I am employed as a paralegal by the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, PC ("ODNSS"). My office address is Fifth Floor, 2400 N Street, N.W., Washington, DC 20037. My telephone number is (202) 887-0855.

2. I frequently work with John Woodrum, a shareholder in ODNSS, on matters involving the Coal Industry Retiree Health Benefit Act of 1992 ("Coal Act"). I am familiar with the manner in which the Social Security Administration ("SSA") assigns Coal Act beneficiaries to responsible operators under the Coal Act, and I am familiar with the invoices the United Mine Workers of America Combined Benefit Fund ("Combined Fund") sends to assigned operators with respect to the assessment of premiums payable on behalf of the beneficiaries.

2

3. At the request of Mr. Woodrum I have reviewed the attached list of beneficiaries. This beneficiary list is included as part of the fiscal year ("FY") 2006 invoice the Combined Fund provided to Peabody Coal Company, LLC ("Peabody") and to Eastern Associated Coal Corp. ("EACC").

4. The beneficiary list identifies each United Mine Workers of America ("UMWA") retiree that SSA assigned to Peabody and to EACC in 1999, as well as every dependent of the retiree eligible to receive benefits from the Combined Fund as of February 1, 1993. The assigned retiree is listed even though he was deceased on February 1, 1993 when the Combined Fund became effective.

5. The Combined Fund does not remove a person from the list if they die or otherwise cease to be eligible. Rather, to the right of the beneficiaries' names, there is a series of columns for each fiscal year since the Combined Fund's inception. If a retiree or dependent was alive at the beginning of the fiscal year (October 1) a double asterisk (**) appears in the column. This provides each assigned operator with a complete history of the operators' payment obligations for each assigned retiree and the retiree's dependents.

6. A full annual premium is due for each assigned beneficiary, even if the beneficiary dies during the course of the year. Accordingly, it is a relatively simple matter to calculate the total amount an assigned operator has paid to the Combined Fund with respect to each assigned beneficiary since the inception of the Combined Fund.

7. Using the attached beneficiary information provided to Peabody and EACC by the Combined Fund, I have determined that, in 1999, SSA assigned 83 UMWA

3

retirees to Peabody and 9 UMWA retirees to EACC. I have combined these assignments for calculation purposes, since the two companies are related, and under the Coal Act each company is responsible for the premium obligations of the other.

8. Although not all of the 92 assigned retirees were alive at February 1, 1993, they collectively accounted for 122 individuals who were. Based on the attached beneficiary list, and the amount of the per-beneficiary premium payable each year (which is calculated by SSA), I have calculated that through and including FY2006, Peabody and EACC have been assessed $2,433,806 in premiums by the Combined Fund with respect to the beneficiaries SSA assigned to them in 1999. The year-by-year detail is as follows.

| FY | No. of Beneficiaries | Premium Amount | Total |
|---|---|---|---|
| 93 | 122 | $1,027 | $125,294 |
| 94 | 116 | $2,013 | $233,508 |
| 95 | 111 | $2,106 | $233,766 |
| 96 | 99 | $2,454 | $242,946 |
| 97 | 86 | $2,542 | $218,612 |
| 98 | 77 | $2,613 | $201,201 |
| 99 | 68 | $2,699 | $183,532 |
| 00 | 61 | $2,791 | $170,251 |
| 01 | 56 | $2,906 | $162,736 |
| 02 | 48 | $3,038 | $145,824 |
| 03 | 48 | $3,181 | $152,688 |
| 04 | 40 | $3,307 | $132,280 |
| 05 | 37 | $3,456 | $127,872 |
| 06 | 32 | $3,228 | $103,296 |

Joyce Wolfgang
Joyce Wolfgang

District of Columbia:

Taken, subscribed and sworn to before me this 20th day of April, 2006.

My Commission Expires: 10-14-2006   Notary Public: _____

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assigned Date | | ID | Name | Birth Date | Effective Date | Termination Date | Termination Reason | FY1993 | FY1994 | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 |
| 10/01/1999 | 01 | | GENTILE, TONY A | 09/06/1917 | 03/27/1978 | 08/26/1988 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | GENTILE, MAGGIE | 03/05/1912 | 03/27/1978 | 01/13/1996 | DECEASED | ‡ | ‡ | ‡ | | | | | | | | | | | |
| 10/01/1999 | 01 | | SMITH, WALTER | 04/01/1918 | 03/27/1978 | 06/18/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | | | | | | | | | | |
| 10/01/1999 | 02 | | SMITH, VIOLA | 04/01/1904 | 03/27/1978 | 02/12/1995 | DECEASED | ‡ | ‡ | | | | | | | | | | | | |
| 10/01/1999 | 01 | | BYRGE, CHARLES W | 01/01/1904 | 03/27/1978 | 12/28/1995 | DECEASED | ‡ | ‡ | ‡ | | | | | | | | | | | |
| 10/01/1999 | 02 | | BYRGE, ETHEL | 03/01/1916 | 03/27/1978 | 01/28/1999 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | |
| 10/01/1999 | 01 | | BAILEY, FRANK W | 03/24/1912 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 02 | | SPENCER, PAXTON K | 05/04/1921 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 01 | | JENNINGS, MYRTLE | 07/23/1923 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 02 | | JENNINGS, LUTHER W | 10/01/1903 | 03/27/1978 | 03/19/1988 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | FOWLER, ABBIE B | 08/01/1911 | 03/27/1978 | 07/07/1997 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | | |
| 10/01/1999 | 02 | | FOWLER, ABBIE B | 03/01/1905 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 01 | | LEMITY, HARRY H | 03/01/1905 | 03/27/1978 | 01/31/1996 | DECEASED | ‡ | ‡ | ‡ | | | | | | | | | | | |
| 10/01/1999 | 02 | | LEMITY, INA | 11/01/1910 | 03/27/1978 | 02/11/1993 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | DAVIS, GILBERT L | 04/01/1917 | 03/27/1978 | 03/04/1995 | DECEASED | ‡ | ‡ | | | | | | | | | | | | |
| 10/01/1999 | 02 | | DAVIS, MARGRETT | 03/01/1908 | 03/27/1978 | 12/22/1999 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | |
| 10/01/1999 | 01 | | DUNCAN, RAYMOND B | 02/01/1910 | 03/27/1978 | 03/06/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | | | | | | | | | | |
| 10/01/1999 | 02 | | DUNCAN, NAOMI | 05/01/1914 | 03/27/1978 | 05/13/2001 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | |
| 10/01/1999 | 01 | | MAHAN, JAMES E | 07/20/1908 | 03/27/1978 | 10/22/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | | |
| 10/01/1999 | 02 | | MAHAN, MARTHA | 06/15/1898 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 01 | | EVANS, EVELYN | 08/02/1908 | 03/27/1978 | 08/05/1995 | DECEASED | ‡ | ‡ | ‡ | | | | | | | | | | | |
| 10/01/1999 | 02 | | EVANS, ROSS | 08/05/1906 | 03/27/1978 | 09/20/1981 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | ROMINE, GERALD L | 06/01/1914 | 03/27/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 02 | | ROMINE, LULA | 01/21/1915 | 03/27/1978 | 07/23/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | | | | | | | | | | |
| 10/01/1999 | 01 | | KRAKA, JOSEPH | 08/01/1904 | 03/27/1978 | 12/11/1991 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | KRAKA, ANN K | 02/28/1907 | 03/27/1978 | 10/21/1998 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | |
| 10/01/1999 | 50 | | SNODDY, HERBERT M | 05/30/1897 | | | | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | WILKES, JOHN H | 09/01/1908 | 03/27/1978 | 03/15/2005 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | |
| 10/01/1999 | 01 | | WILKES, BETTY | 10/01/1898 | 03/27/1978 | 04/29/1995 | DECEASED | ‡ | ‡ | ‡ | | | | | | | | | | | |
| 10/01/1999 | 01 | | JONES, CHARLES W | 01/12/1928 | 03/27/1978 | 09/12/2000 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | |
| 10/01/1999 | 02 | | JONES, SYLVIA | 02/01/1896 | 03/27/1978 | 05/07/1979 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | SMITH, DAVID A | 09/03/1897 | 03/27/1978 | 10/03/2000 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | |
| 10/01/1999 | 01 | | SMITH, WILLANA | 03/20/1897 | 03/27/1978 | 10/02/1979 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | STARK, CHALMER E | 05/05/1905 | 03/27/1978 | 03/11/1998 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | |
| 10/01/1999 | 02 | | STARK, AMY E | 02/01/1902 | 03/27/1978 | 12/05/1983 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | WEBB, WILLIAM H | 03/21/1933 | 02/03/1982 | 11/05/1999 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | |
| 10/01/1999 | 02 | | WEBB, LEONA | 09/01/1902 | 03/27/1978 | 04/22/1983 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | MARTIN, RALPH H | 03/01/1907 | 03/27/1978 | 11/09/1984 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | MARTIN, EVA | 08/01/1909 | 03/27/1978 | 01/08/1997 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | | |
| 10/01/1999 | 01 | | ARNOLD, MARCUS C | 02/01/1909 | 03/27/1978 | 01/12/1997 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | | |
| 10/01/1999 | 02 | | ARNOLD, MARY | 09/08/1917 | 03/27/1978 | 08/30/1993 | DECEASED | ‡ | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | SEKERAK, ANDREW | 04/01/1904 | 05/01/1974 | 05/02/1977 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | SEKERAK, HELEN | 12/02/1919 | 10/01/1984 | 07/06/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | | | | | | | | | | |
| 10/01/1999 | 01 | | BUSH, PAUL | 03/07/1910 | 03/27/1978 | 08/23/1994 | DECEASED | ‡ | ‡ | | | | | | | | | | | | |
| 10/01/1999 | 02 | | BUSH, VINNEA | 05/01/1915 | 03/27/1978 | 11/20/2002 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | |
| 10/01/1999 | 01 | | WHITE, JAMES E | 04/22/1920 | 03/27/1978 | 11/05/1999 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | |
| 10/01/1999 | 02 | | BULLETT, ANTHONY J | 06/17/1912 | 03/27/1978 | 07/03/1994 | DECEASED | ‡ | ‡ | | | | | | | | | | | | |
| 10/01/1999 | 02 | | BULLETT, STELLA | 02/05/1913 | 03/27/1978 | 01/30/2001 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | |
| 10/01/1999 | 01 | | STACHMUS, JOE | 12/13/1914 | 03/27/1978 | 03/10/1999 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | |
| 10/01/1999 | 02 | | STACHMUS, UNAMAE | 02/01/1908 | 03/27/1978 | 12/22/1994 | DECEASED | ‡ | ‡ | | | | | | | | | | | | |
| 10/01/1999 | 01 | | FERRELL, C | 08/01/1910 | 03/27/1978 | 04/12/1996 | DECEASED | ‡ | ‡ | ‡ | ‡ | | | | | | | | | | |
| 10/01/1999 | 02 | | FERRELL, PEARL | 05/01/1910 | 03/27/1978 | 02/25/1993 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 01 | | BLAKE, RUFUS B | 03/07/1897 | | | | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | BLAKE, OMIE | 10/25/1910 | 03/27/1978 | 02/22/1998 | DECEASED | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | | | | | | | | |
| 10/01/1999 | 01 | | ROBBINS, HURSTLE | 10/06/1909 | 03/27/1978 | 11/30/1991 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | | ROBBINS, ADA P | 09/12/1915 | 05/05/1978 | | | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| 10/01/1999 | 01 | | KING, BUSTER E | 05/06/1907 | 03/27/1978 | 06/29/1984 | DECEASED | | | | | | | | | | | | | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 10/01/1999 | 02 | KING, LILLIE | 05/07/1907 | 03/27/1978 | 12/28/1994 | DECEASED | |
| 10/01/1999 | 01 | LEAR, EARNEST L | 12/07/1908 | 03/27/1978 | 08/12/2003 | DECEASED | |
| 10/01/1999 | 50 | LEAR, ZULA | 08/01/1914 | 03/27/1978 | 12/05/1986 | DECEASED | |
| 10/01/1999 | 01 | CARR, GEORGE F | 06/09/1909 | 07/01/1986 | 07/05/1999 | DECEASED | |
| 10/01/1999 | 02 | CARR, JEANETTE | 10/02/1914 | 03/27/1978 | 12/05/1999 | DECEASED | |
| 10/01/1999 | 01 | CAMPBELL, ORVIS | 12/01/1909 | 03/27/1978 | 12/05/1991 | DECEASED | |
| 10/01/1999 | 02 | CAMPBELL, VIRGINIA | 10/21/1916 | 03/27/1978 | | | |
| 10/01/1999 | 01 | SKIDMORE, DILLIE M | 02/01/1916 | 03/27/1978 | 05/13/2004 | DECEASED | |
| 10/01/1999 | 50 | SKIDMORE, DILLIE M | 02/01/1916 | 03/27/1978 | 09/10/1980 | DECEASED | |
| 10/01/1999 | 01 | RAMEY, HENRY E | 03/18/1926 | 01/01/1981 | | | |
| 10/01/1999 | 02 | RAMEY, HAZEL | 11/09/1923 | 03/27/1978 | | | |
| 10/01/1999 | 01 | SANDERS, JOEY S | 05/01/1909 | 03/27/1978 | 04/14/2005 | DECEASED | |
| 10/01/1999 | 02 | SANDERS, EDITH E | 06/04/1917 | 03/27/1978 | | | |
| 10/01/1999 | 01 | COX, JAMES S | 03/27/1907 | 03/27/1978 | | | |
| 10/01/1999 | 02 | COX, MARTHA | 05/01/1921 | 03/27/1978 | 05/27/1982 | DECEASED | |
| 10/01/1999 | 01 | ANDERSON, MILFORD J | 03/01/1904 | 03/27/1978 | 06/29/1989 | DECEASED | |
| 10/01/1999 | 01 | ANDERSON, BERTHA | 06/03/1908 | 03/27/1978 | 10/21/1994 | DECEASED | |
| 10/01/1999 | 01 | BROCK, OSMER | 09/01/1914 | 03/27/1978 | 09/03/1996 | DECEASED | |
| 10/01/1999 | 02 | BROCK, BERTHA | 09/11/1920 | 07/01/1990 | | | |
| 10/01/1999 | 01 | WOLFENBARGER, R | 11/19/1913 | 03/27/1978 | | | |
| 10/01/1999 | 02 | WOLFENBARGER, DOROTHY | 08/01/1916 | 03/27/1978 | | | |
| 10/01/1999 | 01 | CARROLL, RICE | 02/24/1901 | 03/27/1978 | 12/15/1894 | DECEASED | |
| 10/01/1999 | 02 | CARROLL, NANNIE | 04/01/1916 | 03/27/1978 | 07/01/1982 | DECEASED | |
| 10/01/1999 | 01 | BURWICK, FLOYD R | 07/31/1900 | 05/01/1974 | 08/22/1977 | DECEASED | |
| 10/01/1999 | 02 | BURWICK, NELL | 09/06/1917 | 03/27/1978 | | | |
| 10/01/1999 | 01 | FRAZURE, NEWT | 05/01/1903 | 03/27/1978 | 05/20/1981 | DECEASED | |
| 10/01/1999 | 02 | FRAZURE, FLORENCE | 10/01/1903 | 03/27/1978 | 11/11/2002 | DECEASED | |
| 10/01/1999 | 50 | RICE, TILMON | 08/01/1909 | 03/27/1978 | 10/18/2004 | DECEASED | |
| 10/01/1999 | 01 | RICE, HATTIE | 04/29/1909 | 03/27/1978 | 03/18/1996 | DECEASED | |
| 10/01/1999 | 01 | ALBERTINI, CHARLIE | 09/01/1912 | 03/27/1978 | 04/18/1994 | DECEASED | |
| 10/01/1999 | 02 | ALBERTINI, GRACE | 10/07/1912 | 03/27/1978 | 05/13/1996 | DECEASED | |
| 10/01/1999 | 01 | REESE, HARLEY I | 04/01/1910 | 03/27/1978 | 10/27/1996 | DECEASED | |
| 10/01/1999 | 02 | REESE, HESTER | 11/15/1911 | 03/27/1978 | 05/01/1992 | DECEASED | |
| 10/01/1999 | 01 | MAZINGO, WILLIAM | 09/01/1905 | 03/27/1978 | 03/20/2003 | DECEASED | |
| 10/01/1999 | 50 | MAZINGO, ETTA | 09/11/1913 | 03/27/1978 | 08/21/1986 | DECEASED | |
| 10/01/1999 | 01 | NAPIER, PAUL | 11/16/1924 | 03/27/1978 | 01/14/1985 | DECEASED | |
| 10/01/1999 | 01 | NAPIER, WILLIE L | 07/30/1929 | 03/27/1978 | | | |
| 10/01/1999 | 02 | PAYNE, CLARENCE A | 06/17/1916 | 03/27/1978 | 10/24/2000 | DECEASED | |
| 10/01/1999 | 02 | PAYNE, GENEVA | 06/05/1919 | 03/27/1978 | 01/28/1981 | DECEASED | |
| 10/01/1999 | 01 | KING, THOMAS H | 12/01/1903 | 03/27/1978 | 03/21/1993 | DECEASED | |
| 10/01/1999 | 01 | KING, ELIZABETH | 03/01/1913 | 03/27/1978 | 10/22/1993 | DECEASED | |
| 10/01/1999 | 01 | COPELAND, STALEY R | 04/07/1909 | 03/27/1978 | 02/11/1981 | DECEASED | |
| 10/01/1999 | 02 | COPELAND, FLORENCE | 03/28/1910 | 03/27/1978 | 06/30/1993 | DECEASED | |
| 10/01/1999 | 01 | HICKS, LOUIS T | 09/22/1912 | 03/27/1978 | 02/14/1986 | DECEASED | |
| 10/01/1999 | 02 | HICKS, IRENE | 08/24/1933 | 03/27/1978 | 07/19/1993 | OTHER | |
| 10/01/1999 | 04 | HICKS, CHARLOTTE E | 06/22/1972 | 03/27/1978 | 06/30/1994 | OTHER | |
| 10/01/1999 | 01 | HICKS, CHARLOTTE E | 01/01/1899 | 12/01/1983 | 05/10/1990 | DECEASED | |
| 10/01/1999 | 02 | HATMAKER, HUSTON | 01/07/1913 | 03/27/1978 | 02/20/1997 | DECEASED | |
| 10/01/1999 | 02 | HATMAKER, AGNES | 10/24/1914 | 05/01/1974 | 02/09/1980 | DECEASED | |
| 10/01/1999 | 01 | DOUGLAS, EDGAR | 10/15/1921 | 03/27/1978 | | | |
| 10/01/1999 | 02 | HIGNITE, JAMES | 04/01/1911 | 05/01/1974 | 03/31/1977 | DECEASED | |
| 10/01/1999 | 01 | HIGNITE, ETHEL | 11/01/1914 | 03/27/1978 | 12/31/1978 | DECEASED | |
| 10/01/1999 | 02 | HERRON, GRADY B | 05/01/1909 | 03/27/1978 | 03/14/1999 | DECEASED | |
| 10/01/1999 | 01 | HERRON, VAGIL | 03/01/1918 | 03/27/1978 | 12/31/1978 | DECEASED | |
| 10/01/1999 | 02 | STANAFORD, YOULESS B | 07/01/1904 | 03/27/1978 | 01/20/1994 | DECEASED | |
| 10/01/1999 | 01 | STANAFORD, BESSIE | 08/01/1914 | 03/27/1978 | 01/31/1995 | DECEASED | |
| 10/01/1999 | 01 | JONES, ROBERT L | 04/12/1915 | 03/27/1978 | | | |
| 10/01/1999 | 02 | JONES, CORA | 02/09/1919 | 03/27/1978 | | | |
| 10/01/1999 | 01 | HICKS, WILLIE A | 08/13/1917 | 03/27/1978 | 03/09/1995 | DECEASED | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 10/01/1999 | 02 | | HICKS, NANNIE | 08/14/1925 | 03/27/1978 | | |
| 10/01/1999 | 01 | | HILL, LONNIE T | 05/01/1919 | 03/27/1978 | | |
| 10/01/1999 | 02 | | HILL, IMOGENE | 05/01/1919 | 03/27/1978 | | |
| 10/01/1999 | 01 | | MASON, WALTER R | 06/01/1912 | 03/27/1978 | 12/14/1978 | DECEASED |
| 10/01/1999 | 02 | | MASON, VALLIE | 09/01/1911 | 03/27/1978 | 11/09/2002 | DECEASED |
| 10/01/1999 | 01 | | LANKFORD, MARVIN | 02/16/1912 | 03/27/1978 | 05/04/1998 | DECEASED |
| 10/01/1999 | 02 | | LANKFORD, VELMA | 05/27/1914 | 03/27/1978 | 07/27/2005 | OTHER |
| 10/01/1999 | 01 | | BUTLER, GORDON F | 04/18/1909 | 03/27/1978 | 03/31/1996 | DECEASED |
| 10/01/1999 | 02 | | BUTLER, PAULINE | 07/07/1914 | 03/27/1978 | 10/10/1998 | DECEASED |
| 10/01/1999 | 01 | | BUTLER, FERMAN S | 04/01/1906 | 03/27/1978 | 12/07/1992 | DECEASED |
| 10/01/1999 | 02 | | BUTLER, VERNA | 09/01/1910 | 03/27/1978 | 12/07/1992 | DECEASED |
| 10/01/1998 | 01 | | DOCTORMAN, CHARLES W | 11/01/1906 | 03/27/1978 | 12/17/1995 | DECEASED |
| 10/01/1999 | 02 | | DOCTORMAN, GEORGIA | 04/01/1915 | 03/27/1978 | 11/07/1991 | DECEASED |
| 10/01/1999 | 01 | | LAUDERMILK, DEWEY M | 01/19/1903 | 03/27/1978 | | |
| 10/01/1999 | 02 | | LAUDERMILK, OLLIE | 06/17/1910 | 03/27/1978 | 04/14/1997 | DECEASED |
| 10/01/1999 | 01 | | MYERS, BRINCE A | 08/01/1910 | 03/27/1978 | 04/20/1998 | DECEASED |
| 10/01/1999 | 02 | | MYERS, VINA | 04/02/1911 | 03/27/1978 | | |
| 10/01/1999 | 01 | | ANDERSON, JESS E | 06/01/1908 | 03/27/1978 | | |
| 10/01/1999 | 02 | | ANDERSON, ETHEL | 11/01/1913 | 03/27/1978 | 01/28/1983 | DECEASED |
| 10/01/1999 | 01 | | HART, WILLIAM K | 02/01/1909 | 03/27/1978 | 04/04/1992 | DECEASED |
| 10/01/1999 | 50 | | HART, FRANCES | 08/31/1914 | 03/27/1978 | 06/10/2003 | DECEASED |
| 10/01/1999 | 01 | | VINCENT, MANUEL J | 11/01/1918 | 03/27/1978 | 01/16/1995 | DECEASED |
| 10/01/1999 | 02 | | VINCENT, DORETHA | 02/14/1922 | 08/01/1990 | 02/17/1997 | DECEASED |
| 10/01/1999 | 01 | | SIVIC, JOHN | 02/01/1919 | 03/27/1978 | | |
| 10/01/1999 | 02 | | SIVIC, ANGELINE | 04/01/1925 | 03/27/1978 | 08/26/2003 | DECEASED |
| 10/01/1999 | 01 | | ROGERS, CHARLEY L | 03/12/1907 | 03/27/1978 | | |
| 10/01/1999 | 02 | | ROGERS, LORENE A | 12/04/1918 | 03/27/1978 | 07/16/1983 | DECEASED |
| 10/01/1999 | 01 | | BECHTOLD, JOHN H | 10/05/1912 | 03/27/1978 | 04/05/1996 | DECEASED |
| 10/01/1999 | 02 | | BECHTOLD, LUCILLE | 10/04/1912 | 03/27/1978 | 08/20/2005 | DECEASED |
| 10/01/1999 | 01 | | MILLER, H | 05/01/1909 | 03/27/1978 | | |
| 10/01/1999 | 02 | | MILLER, CILESTINE | 08/11/1931 | 03/27/1978 | | |
| 10/01/1999 | 01 | | BOURNE, DAVID L | 10/25/1913 | 03/27/1978 | 04/23/2003 | DECEASED |
| 10/01/1999 | 02 | | BOURNE, MINNIE | 03/01/1919 | 03/27/1978 | 01/17/1998 | DECEASED |
| 10/01/1999 | 01 | | CIRAR, FRANK | 08/01/1915 | 03/27/1978 | 12/01/1998 | DECEASED |
| 10/01/1999 | 02 | | CIRAR, EFFIE | 08/19/1924 | 05/30/1989 | 11/16/2000 | DECEASED |
| 10/01/1999 | 01 | | BRISTOW, SAMUEL A | 07/01/1907 | 03/27/1978 | 01/13/1998 | DECEASED |
| 10/01/1999 | 02 | | MOSCO, HARVE | 11/13/1911 | 10/01/1973 | 07/26/1977 | DECEASED |
| 10/01/1999 | 01 | | MOSCO, CINDERELLA | 09/09/1909 | 03/27/1978 | 02/24/2001 | DECEASED |
| 10/01/1999 | 02 | | MALINOUSKE, EDDIE J | 09/05/1915 | 03/27/1978 | 01/14/1985 | DECEASED |
| 10/01/1999 | 01 | | MALINOUSKE, ANN | 09/01/1907 | 03/27/1978 | 05/04/2001 | DECEASED |
| 10/01/1999 | 02 | | SMITH, LESLIE M | 07/31/1918 | 03/27/1978 | | |
| 10/01/1999 | 01 | | SMITH, JO ANN | 02/07/1924 | 04/01/1993 | | |
| 10/01/1999 | 02 | | WALKER, OSCAR L | 04/16/1905 | 03/27/1978 | 05/07/1979 | DECEASED |
| 10/01/1999 | 01 | | WALKER, BLANCHE M | 01/15/1909 | 03/27/1978 | 05/31/1993 | DECEASED |
| 10/01/1999 | 01 | | MINSON, JOHN H | 03/01/1902 | | | |
| 10/01/1999 | 02 | | MINSON, MINNIE | 08/01/1902 | | 03/14/1997 | DECEASED |

| Assigned Date | ID | Name | Birth Date | Effective Date | Termination Date | Termination Reason | FY1993 | FY1994 | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/1999 | 01 | GALLINA, SANTO P | 06/10/1899 | 07/01/1966 | 11/01/1973 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 50 | GALLINA, CARMELA | 07/12/1910 | 03/27/1978 | 12/07/2003 | DECEASED | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | | | |
| 10/01/1999 | 01 | BARNDT, HARRY R | 02/01/1911 | 03/27/1978 | 01/30/1996 | DECEASED | * * | * * | * * | * * | | | | | | | | | | |
| 10/01/1999 | 01 | SHOOK, JOHN J | 06/23/1904 | 03/27/1978 | 03/16/1979 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 50 | SHOOK, ELIZABETH | 07/21/1912 | 03/27/1978 | 05/07/2004 | DECEASED | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | | |
| 10/01/1999 | 01 | THOMPSON, JAMES G | 07/01/1906 | 03/27/1978 | 03/04/1991 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | THOMPSON, LOTTIE | 03/22/1911 | 03/27/1978 | 04/26/2000 | DECEASED | * * | * * | * * | * * | * * | * * | * * | * * | | | | | | |
| 10/01/1999 | 01 | FLETCHER, CLIFFORD E | 10/17/1927 | 01/01/1983 | 01/04/1991 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | FLETCHER, MONNA L | 06/20/1934 | 08/01/2002 | | | | | | | | | | | | * * | * * | * * | * * | * * |
| 10/01/1999 | 01 | HARLESS, ROY B | 05/29/1900 | 03/27/1978 | 04/21/1982 | DECEASED | | | | | | | | | | | | | | |
| 10/01/1999 | 02 | HARLESS, DORIS | 09/01/1913 | 03/27/1978 | 07/07/1998 | DECEASED | * * | * * | * * | * * | * * | * * | | | | | | | | |
| 10/01/1999 | 01 | MEEK, GUY J | 04/01/1912 | 03/27/1978 | 08/28/1995 | DECEASED | * * | * * | * * | | | | | | | | | | | |
| 10/01/1999 | 02 | NICHOLSON, EDWARD M | 02/20/1925 | 03/01/1981 | 09/15/2002 | DECEASED | * * | * * | * * | * * | * * | * * | * * | * * | * * | * * | | | | |
| 10/01/1999 | 02 | NICHOLSON, MARGARET | 09/01/1930 | 03/01/1981 | 01/10/1996 | DECEASED | * * | * * | * * | * * | | | | | | | | | | |
| 10/01/1999 | 01 | STURGILL, JOHN W | 01/07/1928 | 04/01/1980 | 11/08/2000 | DECEASED | * * | * * | * * | * * | * * | * * | * * | * * | | | | | | |
| 10/01/1999 | 02 | STURGILL, AUDREY R | 09/29/1930 | 02/19/1994 | | | | * | * | * | * | * | * | * | * | * | * | * | * | * |
| 10/01/1999 | 51 | STURGILL, PAULINE | 07/21/1925 | 04/01/1990 | 08/31/1993 | DECEASED | * | | | | | | | | | | | | | |

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the **Affidavit Of Joyce Wolfgang** were served on April 21, 2006 as follows:

### BY ELECTRONIC FILING:

| | |
|---|---|
| Patricia C. Hannigan, Esq.<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>P. O. Box 2046<br>Wilmington, DE 19899-2046 | Carolyn Shelly Hake, Esq.<br>Ashby & Geddes, P.A.<br>222 Delaware Ave., 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 |

### BY FIRST CLASS MAIL:

| | |
|---|---|
| Richard G. Lepley<br>Eric R. Womack<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530 | David W. Allen<br>Larry D. Newsome<br>Christopher F. Clarke<br>UMWA Health & Retirement Funds<br>Office of the General Counsel<br>2121 K Street, N.W.<br>Washington, DC 20037 |

_____
Jason A. Cincilla (#4232)