# EXHIBIT A

# COAL ACT FAX

Date: January 13, 1999

TO: Don Buckley  
NYPSC  
Phone: 718-557-3607  
FAX: 718-557-5014

Paul Barrett  
SEPSC  
Phone: 205-801-3578  
FAX: 205-801-3595

Steve Speers  
GLPSC  
Phone: 312-575-4789  
FAX: 312-575-6931

SUBJECT: Reviewing Voided Assignments--ACTION

As a result of the June 25, 1998 Supreme Court decision in Eastern Enterprises v. Apfel, miner assignments to a number of companies were voided. These voided miners were placed in the unassigned pool for the purpose of assigning these miners to an active 1974 or later signatory operator (or related person) where possible.

Information available indicates that a substantial number of these voided miners will not be assignable to a 1974 or later signatory operator (or related person), as no potentially assignable company exists. Thus, SSA can review these voided miners and complete a large percentage of this workload at this time. Please review the voided assignments to determine if there is a **potentially** assignable 1974 or later signatory operator (or related person).

a. If a potential 1974 or later assignable signatory operator (or related person) exists:

   Then take no further action pending further instructions.

b. If no potential 1974 assignable signatory operator (or related person) exists:

   Then change the ASGN DATE (currently 092198) to the new date the review was made. This will indicate a review has been made and the status of the miner should permanently remain 'U' (unassigned). ALL OTHER FIELDS SHOULD REMAIN THE SAME. The MINER UPDATE screen should be used.

If you have any questions concerning this, please call me. I can be reached at 410-965-7886.

Rodger Waldman

CC: Marg Handel, Chuck Plummer, Edie Lee, Hugh Meade, Jackie Polashuk, Sam Washington

98