# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 20, 2006

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
Federal Building
844 N. King Street, Suite 31
Wilmington, DE 19801-3570

    Re:   Peabody Coal Company, LLC v. Barnhart, No. 05-671

Dear Chief Judge Robinson:

    Pursuant to Local Rule 7.1.2(c), the defendant-intervenor Trustees of the United Mine Workers of America Combined Benefit Fund (the "Trustees") respectfully call to the Court's attention pertinent case authority decided after the parties completed their briefing of cross-motions for summary judgment.

    On June 20, 2006, the U.S. District Court for the North District of Alabama issued a summary judgment ruling in favor of the Commissioner of the Social Security Administration ("SSA") and the Trustees on the precise legal issue that is the subject of the instant action. See United States Steel Corp. v. Barnhart, No. CV-04-HS-0065-S, slip op. (N.D. Ala. June 20, 2006) (copy attached as Exhibit A). As set forth at pages 20-25 of the attached slip opinion, the Alabama District Court joined the three courts of appeals that have already considered the issue and upheld SSA's authority to assign Eastern beneficiaries to companies, such as Peabody, who employed the beneficiaries in question and as to whom it is constitutional to make assignments under the Coal Act.

Respectfully submitted,

*/s/ Philip Trainer, Jr. (#2788)*

Philip Trainer, Jr. (#2788)

The Honorable Sue L. Robinson
June 20, 2006
Page 2

Enclosure

cc: Clerk of the Court (via e-file; w/ encl.)
Christopher F. Clarke, Esquire (via e-mail; w/encl.)
Patricia C. Hannigan, Esquire (via e-file; w/encl.)
Eric R. Womack, Esquire (via federal express; w/encl.)
Jason A. Cincilla, Esquire (via e-file; w/encl.)
John R. Woodrum, Esquire (via federal express; w/encl.)

170609.1