# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JASON A. CINCILLA
302 351 9494
302 498 6230 Fax
jcincilla@mnat.com

June 22, 2006

**BY E-FILING**

Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Peabody Coal Company, LLC and Eastern Associated Coal Corp. v. Jo Anne B. Barnhart*, Civil Action No. 05-671

Dear Judge Robinson:

  On June 20, 2006, pursuant to Local Rule 7.1.2(c), counsel for the defendant-intervenor Trustees of the United Mine Workers of America Combined Benefit Fund called the Court's attention to *United States Steel Corp. v. Barnhart*, No. CV-04-HS-0065-S, slip op. (N.D. Ala. June 20, 2006), as recently decided authority in support of the defendants' position on the legal issue presented in the instant case. A review of that decision demonstrates that the district court essentially reiterated and adopted the reasoning in several other cases in which the courts held that the Commissioner of Social Security did not exceed her statutory authority when she made beneficiary assignments of the type challenged by plaintiffs herein. *Id.* at 21-24. Plaintiffs have demonstrated in their briefs in this case why the reasoning in those prior decisions is erroneous. Plaintiffs therefore rely on the arguments they have previously presented to this Court as the basis for their position that the recent decision in *United States Steel* is not persuasive authority.

              Respectfully,

              Jason A. Cincilla (#4232)

JAC/gjc
cc: Patricia C. Hannigan, Esq. (by e-filing)
   Carolyn Shelly Hake, Esq. (by e-filing)