IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO., LLC, and EASTERN ASSOCIATED COAL CORP., </br></br>          Plaintiffs, </br></br>     v. </br></br> JO ANNE B. BARNHART, </br></br>          Defendant, </br></br>     and </br></br> TRUSTEES OF THE UNITED MINE WORKERS OF AMERICAN COMBINED BENEFIT FUND, </br></br>          Intervenor Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 05-671-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) |

O R D E R

At Wilmington this 11th day of January, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant Jo Anne B. Barnhart's motion to dismiss (D.I. 9) is granted.

2. Intervenor defendant Trustees of the United Mine Workers of American Combined Benefit Fund's motion for summary judgment (D.I. 13) is granted.

3. Plaintiffs Peabody Coal Company's and Eastern Associated Coal Corporation's motion for summary judgment (D.I. 15) is denied.

4. The Clerk of Court is ordered to enter judgment in favor of defendants and against plaintiffs.

                                                                                        _____
                                                                                        United States District Judge