IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO. LLC and EASTERN ASSOCIATED COAL CORP., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-671-SLR ) |
| JO ANNE B. BARNHART, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND, | ) ) ) ) |
| Intervenor Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of January 11, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of intervenor defendant Trustees of the United Mine Workers of America Combined Benefit Fund and against plaintiffs Peabody Coal Co., LLC and Eastern Associated Coal Corp.

_____
United States District Judge

Dated: January 19, 2007

_____
(By) Deputy Clerk