IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEABODY COAL CO., LLC, and EASTERN ASSOCIATED COAL CORP., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civ. No. 05-671-SLR |
| JO ANNE B. BARNHART, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| TRUSTEES OF THE UNITED MINE WORKERS OF AMERICAN COMBINED BENEFIT FUND, | ) ) ) ) |
| Intervenor Defendant. | ) ) ) |

*AMENDED ORDER

At Wilmington this 22nd day of January, 2007, consistent with the memorandum opinion issued January 11, 2007;

IT IS ORDERED that:

1. Defendant Jo Anne B. Barnhart's motion to dismiss (D.I. 9) is granted.

2. Intervenor defendant Trustees of the United Mine Workers of American Combined Benefit Fund's motion for summary judgment (D.I. 13) is granted.

3.  Plaintiffs Peabody Coal Company's and Eastern Associated Coal Corporation's motion for summary judgment (D.I. 15) is denied.

*4.  The Clerk of Court is ordered to enter judgment in favor of intervenor defendant Trustees of the United Mine Workers of America Combined Benefit Fund and against plaintiffs.

                                                       /s/ Sue L. Robinson
                                                    United States District Judge